IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLAYTON MIDDLETON**                                                                 PLAINTIFF

v.                              No. 4:13-cv-737-DPM

**VERIZON WIRELESS**                                                                 DEFENDANT

# JUDGMENT

Middleton's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*31 December 2013*